UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., a minor, by and through his Guardian ad Litem, TERRESA RICE,<br><br>                                             Plaintiff,<br><br>v.<br><br>THE CLASSICAL ACADEMY, INC.,<br><br>                                             Defendant. | Case No.:  3:24-cv-01808-AJB-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SECOND EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 18]** |

      This matter comes before the Court on the parties' Joint Motion to Continue the Second Early Neutral Evaluation Conference ("Joint Motion"). ECF No. 18. Good cause appearing, and upon further consultation with the parties regarding their alternative availability, the Joint Motion is **GRANTED**. The Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") are hereby **CONTINUED** to <u>**May 13, 2025**</u> at <u>**2:00 p.m.**</u> before Magistrate Judge Allison H. Goddard.

      In accordance with the Local Rules, the Court requires attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation via videoconference. CivLR 16.1(c)(1). Additionally, the Court has invited and strongly encourages the participation of counsel

representing Defendant in the related state court case, Case No. 37-2023-00039137-CU-PO-CTL, so that a global resolution of both matters can be discussed.

Like the first ENE, the second ENE shall take place via videoconference, using the Court's official Zoom account. Prior to the start of the ENE, the Court will email each participant an invitation to join a Zoom videoconference. If possible, participants are encouraged to use laptops or desktop computers for the videoconference, as mobile devices often offer inferior performance. Participants shall join the videoconference by following the ZoomGov Meeting hyperlink in the invitation. Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding. Zoom may then prompt participants to enter the password included in the invitation.

Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms. In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

No later than **May 6, 2025**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing: (i) the name and title of each participant, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, the primary attorney(s) responsible for the litigation in the federal case, and any attorneys representing Defendant in the state court case; (ii) an email address for each participant to receive the Zoom videoconference invitation; and (iii) a cell phone number for that party's preferred point of contact (and the name of the individual whose cell phone it is) for the Court to use during the ENE. Counsel for Defendant should also indicate whether counsel in the state court case should have a separate defense Breakout Room during the ENE.

All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person, e.g., cannot be driving or in a car while speaking to the Court. All participants must dress in appropriate courtroom attire and be seated indoors prepared to appear on camera.

The parties may provide supplemental confidential ENE Statements to the Court at efile_Goddard@casd.uscourts.gov no later than **May 6, 2025**. In particular, the parties are encouraged to provide further information on their positions regarding the issue of Plaintiff's claim for attorney fees and costs, including citations to relevant caselaw.

The Court is amenable to taking the second ENE off calendar if the parties schedule a private mediation to pursue global settlement instead. Should the parties make such a request, they must lodge a Joint Mediation Plan with the Court at the email address provided above, which must include a **firm date** of mediation and the identity of the mediator.

If the case does not settle at the second ENE, the Court will hold the CMC immediately following the ENE with counsel only in the main session. Counsel should be prepared to discuss whether either side plans to move to supplement the Administrative Record at that time.

**IT IS SO ORDERED.**

Dated: April 7, 2025

_____
Honorable Allison H. Goddard
United States Magistrate Judge